[No. 45434-0-I.   Division One.   February 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES NORMAN WALLACE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00137-3, Michael F. Moynihan, J., entered September 23, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 24931-6-II.   Division Two.   February 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND J. BULLARD, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, 99-1-00016-1, Richard L. Brosey, J., entered July 16, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Quinn-Brintnall, JJ.

[No. 18325-4-III.   Division Three.   February 6, 2001.]

JACK E. KLINE, *Appellant*, v. THE CITY OF SPOKANE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, 95-2-03940-0, Gregory D. Sypolt, J., entered April 16, 1999. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 19324-1-III.   Division Three.   February 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURI E. PECK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-01761-8, Richard J. Schroeder, J., entered May 9, 2000. *Affirmed* by unpublished per curiam opinion.